## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERVIN R. CAYAX, et al<br>　　　　Plaintiffs,<br><br>v.<br><br>KIA MOTORS AMERICA, INC.,<br>et al<br>　　　　Defendants. | Civil Action No. 18-17135 (KM)<br><br>**ORDER OF DISMISSAL** |

A Notice of Call for Dismissal was filed on October 4, 2019 (ECF No. 10) pursuant to Federal Rules Civil Procedure Rule 41.1(a),

**IT IS** on this 24th day of October, 2019,

**ORDERED** that the above captioned action is dismissed in accordance with Federal Rules of Civil Procedure Rule 41.1(a) and the inherent authority of this Court to manage its docket.

　　　　　　　　　　　　　　　　KEVIN MCNULTY
　　　　　　　　　　　　　　　　U.S. District Judge